# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALVIN B. TRUESDALE, *et al.*, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   23-92 (RC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES PUBLIC HEALTH SERVICE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

On April 25, 2023, the Court issued an order to show cause why it should not dismiss the Complaint filed by Plaintiff Alvin B. Truesdale, who is proceeding *pro se*, pursuant to Federal Rule of Civil Procedure 4(m) for failure to properly serve Defendants within 90 days after his Complaint was filed.  *See* Order to Show Cause, ECF No. 2.  Mr. Truesdale submitted a response to the Court, stating that he had been hospitalized and unable to receive his mail and that it was unclear what he needed to do next for his matter to proceed.  *See* Resp. to Order to Show Cause, ECF No. 3.  Finding good cause for Mr. Truesdale's failure to serve Defendants, the Court grants Mr. Truesdale an additional 30 days to serve Defendants as explained below.

Because Mr. Truesdale seeks to bring claims against various United States agencies, he must send a copy of the summons and of the Complaint by registered or certified mail to the agencies.  Fed. R. Civ. P. 4(i)(2).  <u>In addition</u>, he must serve the United States pursuant to Federal Rule of Civil Procedure 4(i)(1).  He may do so by: (1) sending a copy of the summons and Complaint by registered or certified mail to the civil-process clerk at the United States Attorney's Office for the District of Columbia, at 601 D St., NW, Washington, D.C. 20530; and (2) sending a copy of the summons and Complaint by registered or certified mail to the Attorney

General of the United States at the United States Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.  *See* Fed. R. Civ. P. 4(i)(1).

      Therefore, it is hereby **ORDERED** that on or before **June 26, 2023**, Mr. Truesdale must properly serve Defendants as explained above or else **SHOW CAUSE** why his claims against Defendants should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  Should Mr. Truesdale again fail to properly serve Defendants by June 26, 2023 without showing good cause for the failure, the Court—on motion or on its own after notice to Mr. Truesdale—must dismiss the action without prejudice.  *See* Fed. R. Civ. P. 4(m).

      **SO ORDERED.**

Dated:  May 25, 2023　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge